**IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
1/29/2025

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Progressive Specialty Insurance Company | CASE NO.: 1:24-cv-001864 |
| Plaintiff | HONORABLE JUDGE DAVID A. RUIZ |
| vs. | |
| United States of America | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendant | |

Pursuant to Federal Rule 41(a)(1)(A), Plaintiff voluntarily dismisses this action without prejudice.

Respectfully submitted,

*/s/ Herbert L. Nussle*
_____
Herbert L. Nussle (0063551)
KEIS | GEORGE llp
55 Public Square, #1900
Cleveland, Ohio 44113
216-241-4100/Fax: 216-771-3111
Email: *hnussle@keisgeorge.com*
***Attorney for Plaintiff***